1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CRAIG LEON,                                      No.  2: 22-cv-2170 TLN KJN P

12                   Plaintiff,

13          v.                                        ORDER

14   RICHARD WEISS, et al.,

15                   Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  For the reasons stated herein, the June 21, 2023 order granting plaintiff

19   thirty days to file an opposition to defendants' motion to dismiss vacated.

20          On May 18, 2023, defendants filed a motion to dismiss.  (ECF No. 21.)  Plaintiff did not

21   file an opposition to the motion to dismiss.  Accordingly, on June 21, 2023, the undersigned

22   granted plaintiff thirty days to file an opposition to the motion to dismiss.  (ECF No. 22.)

23          Shortly after the undersigned issued the June 21, 2023 order, defense counsel informed the

24   court that they received from plaintiff his opposition to the motion to dismiss and a motion for

25   appointment of counsel.  Defense counsel then provided the court with copies of plaintiff's

26   opposition and motion for appointment of counsel.  Plaintiff's opposition and motion for

27   appointment of counsel, provided by defense counsel, were filed on June 22, 2023.  (ECF No.

28   23.)

1

1     Because the court received plaintiff's opposition from defense counsel, the June 21, 2023

2     order granting plaintiff thirty days to file an opposition to the motion to dismiss is vacated.  The

3     undersigned appreciates defense counsel providing plaintiff's opposition and motion for

4     appointment of counsel to the court.

5     Accordingly, IT IS HEREBY ORDERED that:

6     1.   The June 21, 2023 order granting plaintiff thirty days to file an opposition to

7     defendants' motion to dismiss (ECF No. 22) is vacated;

8     2.   Defendants are granted fourteen days from this date of this order to file a reply to

9     plaintiff's opposition to the motion to dismiss.

10     Dated:  June 26, 2023

11

12     KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

13

14     Leon2170.vac

2